THIRD DEPARTMENT, JUNE TERM, 1874.

MILES KENT, ALBERT C. ROSE and AMBROSE KENT, APPELLANTS, *v.* HECTOR S. KENT and others, RESPONDENTS.

*Judgment against administrator — not evidence against heirs and grantees — Statute of frauds.*

A judgment recovered against an administrator is not evidence of a debt due by the intestate, as against his heirs or grantees.

An agreement by which A. is to perform work for B., for which, payment is to be made after the death of B., is valid under the statute of frauds.

*Dresser* v. *Dresser* (35 Barb., 573) followed.

APPEAL from a judgment dismissing plaintiffs' complaint.

*John W. Dininny,* for the appellants.

*John J. Van Allen,* for the respondents.

Opinion by BOARDMAN, J.

Present—MILLER, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs.